# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-44597-7 JMK  
**Case Name:** ROYLES, LORI ANN  

**Period Ending:** 09/30/06

**Trustee:** (360070) DARCY D WILLIAMSON  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 11/22/05  
**Claims Bar Date:** 09/27/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2910 SW 17th St., Topeka KS | 68,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account Capitol federal S&L | 100.00 | 1,303.43 |  | 276.57 | 1,026.86 |
| 3 | Household Goods and Furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Back child support | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1996 Oldsmobile Cutlass | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2005 tax refunds (u) | 0.00 | 847.43 |  | 847.43 | FA |
| 8 | Possible preferences (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Adversary Filing Fee (u) | 0.00 | 250.00 |  | 0.00 | 250.00 |
| Int | INTEREST (u) | Unknown | N/A |  | 1.69 | Unknown |
| 10 | **Assets Totals** (Excluding unknown values) | **$83,600.00** | **$2,400.86** |  | **$1,125.69** | **$1,276.86** |

**Major Activities Affecting Case Closing:**

Requested and received copies of bank statements for the months of July through October, 2005. Requested turnover of the bank balance in the debtor's bank account on the date of filing ($1303.43). Requested and received copies of 2005 tax returns and received turnover the refunds. Requested and received all documents related to garnishments within 90 days of bankruptcy. No preferences to pursue.

Debtor failed to turnover the bank balance and a copy of her 2005 tax return and any refunds to the Trustee despite the Trustee's requests. Commenced an Adversary (Case No. 06-7048) for turnover of the same. Filed Agreed Journal Entry. Debtor is to make monthly payments to the Trustee and has assigned her 2006

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 05-44597-7 JMK | **Trustee:** (360070) DARCY D WILLIAMSON |
|---|---|---|
| **Case Name:** | ROYLES, LORI ANN | **Filed (f) or Converted (c):** 10/15/05 (f) |
| | | **§341(a) Meeting Date:** 11/22/05 |
| **Period Ending:** | 09/30/06 | **Claims Bar Date:** 09/27/06 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

tax refunds. To monitor monthly payments and turnover of 2006 tax refunds.

Bar dates issued. To review claims, request court costs, issue 3001.1 Notice and object to claims, if necessary. To prepare Trustee's Final Report upon expiration of government bar date and upon receipt of all funds.

**Initial Projected Date Of Final Report (TFR):** January 30, 2007      **Current Projected Date Of Final Report (TFR):** June 30, 2007

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-44597-7 JMK
**Case Name:** ROYLES, LORI ANN

**Taxpayer ID #:** 13-7535692
**Period Ending:** 09/30/06

**Trustee:** DARCY D WILLIAMSON (360070)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****08-65 - Money Market Account
**Blanket Bond:** $22,400,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/18/06 | | United States Treasury | 2005 tax refunds and partial Adversary filing fee | | | 1,074.00 | | 1,074.00 |
| | {7} | | 2005 tax refunds | 847.43 | 1224-000 | | | 1,074.00 |
| | {2} | | PAYMENT TOWARD BALANCE IN BANK ACCOUNTS | 226.57 | 1129-000 | | | 1,074.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 0.28 | | 1,074.28 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 0.73 | | 1,075.01 |
| 09/28/06 | {2} | Lori Royles | Bank balance payment | | 1129-000 | 50.00 | | 1,125.01 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 0.68 | | 1,125.69 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 1,125.69 | 0.00 | $1,125.69 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,125.69 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,125.69** | **$0.00** | |

{} Asset reference(s)

Case 05-44597  Doc# 14  Filed 10/30/06  Page 3 of 4

Printed: 10/23/2006 11:11 AM  V.8.12

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-44597-7 JMK | | Trustee: | DARCY D WILLIAMSON (360070) |
|---|---|---|---|---|
| Case Name: | ROYLES, LORI ANN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | 13-7535692 | | Blanket Bond: | $22,400,000.00 (per case limit) |
| Period Ending: | 09/30/06 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 1,125.69
Net Estate : $1,125.69

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****08-65 | 1,125.69 | 0.00 | 1,125.69 |
| | $1,125.69 | $0.00 | $1,125.69 |

{} Asset reference(s)

Case 05-44597   Doc# 14   Filed 10/30/06   Page 4 of 4