Form orevoke  (Revised 09/06/2007)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 05−44597         Chapter: 7

In re: (Name of Debtor)

Lori Ann Royles

aka    Lori Ann Ciochon
aka    Lori Ann Hegarty

2910 SW 17th Street
Topeka, KS 66604

SSN: xxx−xx−6857

**Entered By The Court 11/30/07**

**ORDER REVOKING DISCHARGE OF DEBTOR(S)**

**Filed By The Court**
**11/30/07**
Fred Jamison
Clerk of Court
US Bankruptcy Court

The court, having reviewed the files herein, finds that an Order Revoking Discharge was entered in the related Adversary Case Number 06−07048 on 11/19/2007 .

**IT IS THEREFORE ORDERED** that the above−named debtor(s)' discharge should be and the same hereby is revoked as of 11/19/2007 .

Document 18

s/ Janice Miller Karlin
United States Bankruptcy Judge