**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In Re:                                    )
                                          )
ROYLES, LORI ANN                          )     Case No. 05-44597-7-JMK
                                          )     Chapter 7
                                          )     Hon. Janice Miller Karlin
                                          )
                  Debtor(s).              )

## TRUSTEE'S FINAL REPORT

The undersigned Trustee has completed administration of the above bankruptcy estate and submits this final

report and accounting showing the following:  estate property record (Form 1), cash receipts and disbursements record

(Form 2), bank statement(s), expense and disbursement worksheet (Schedule A), trustee's fees and expenses (Schedule

B), summary of allowed claims and estimated distribution (Schedule C), claims register (Schedule D).

| | | | | |
|---|---|---|---|---|
| 1) | Total receipts (see attached cash receipts and disbursements record) | | $ | 2,416.09 |

**PRIOR DISBURSEMENTS**

| | | | | | |
|---|---|---|---|---|---|
| 2) | Administrative Expenses | $ | 0.00 | | |
| 3) | Disbursements to Secured Creditors | $ | 0.00 | | |
| 4) | Disbursements to Priority Creditors | $ | 0.00 | | |
| 5) | Other Disbursements (see Schedule A) | $ | 0.00 | | |
| 6) | TOTAL DISBURSEMENTS | $ | 0.00 | | |
| 7) | CASH ON HAND | | | $ | 2,416.09 |

**AMOUNTS TO BE DISTRIBUTED**

| | | | |
|---|---|---|---|
| 8) | Trustee's fees and expenses: The trustee applies for compensation of $604.02, of which $0.00 has been paid; and reimbursement of expenses of $241.61, of which $0.00 has previously been paid. | $ | 845.63 |
| 9) | Other administrative expenses | $ | 250.00 |

| | | ALLOWED CLAIMS | | ESTIMATED DIVIDENDS | |
|---|---|---|---|---|---|
| 10) | Priority Claims | $ | 0.00 | $ | 0.00 |
| 11) | Non-Priority Unsecured Claims | $ | 6,452.08 | $ | 1,320.46 |
| | **TOTAL** | $ | 6,452.08 | $ | 1,320.46 |
| | **ENDING BALANCE** | | | $ | 0.00 |

DARCY D WILLIAMSON, Trustee of the estate of the above named Debtor(s), certifies to the Court and the United States Trustee, that she has faithfully and properly fulfilled the duties of the office of the trustee, that she has examined all claims filed in the case, and that the proposed distribution, attached hereto, is proper, and consistent with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the District of Kansas Bankruptcy Rules.

Therefore, the trustee requests that her Final Report be accepted.

Respectfully submitted,

Dated: _____

/s _Darcy D. Williamson_
DARCY D WILLIAMSON                KS#11337
700 SW Jackson, Ste. 404
Topeka, KS  66603
(785) 233-9908
CHAPTER 7 TRUSTEE

|                                                | Requested | Allowed  | Paid | Unpaid   |
|------------------------------------------------|-----------|----------|------|----------|
| Administrative:                                |           |          |      |          |
|     Court Costs            | 250.00    | 250.00   | 0.00 | 250.00   |
|     Quarterly Fees        | 0.00      | 0.00     | 0.00 | 0.00     |
| Professional and Date Employed                 |           |          |      |          |
|     Trustee Fees<br>    DARCY D WILLIAMSON | 604.02 | 604.02 | 0.00 | 604.02 |
|     Trustee Expenses<br>    DARCY D WILLIAMSON | 241.61 | 241.61 | 0.00 | 241.61 |
|     Other Administrative   |           |          |      |          |
| SUBTOTAL (Administrative)                       | 1,095.63  | 1,095.63 | 0.00 | 1,095.63 |
| **TOTALS:**                                    | 1,095.63  | 1,095.63 | 0.00 | 1,095.63 |

**SCHEDULE B**
**TRUSTEE'S FEES AND EXPENSES**

I.     COMPUTATION OF COMPENSATION

Total disbursements other than to the debtor are $2,416.09. Therefore, pursuant to 11 U.S.C. 326, compensation requested is $604.02. Trustee fees will increase, by the statutory maximum, on the amount of additional interest income that is earned.

II.    TRUSTEE'S EXPENSES

|                                   | REQUESTED | PAID   | UNPAID |
|-----------------------------------|-----------|--------|--------|
| Premium on Trustee's Bond         | $ 0.00    | $ 0.00 | 0.00   |
| Fees and Expenses (Per Statement) | 241.61    | 0.00   | 241.61 |
| **TOTAL**                         | $ 241.61  | $ 0.00 | 241.61 |

**SCHEDULE B STATEMENT**
Fees (excluding statutory trustee's fees) and expenses incurred in connection with the administration of the above-estate, including receiving and depositing checks, reconciling account statements, data entry related to initial interim report, correspondence, attorneys' fees incurred in connection with preparation of pleadings, including notice of discovery of assets, secured creditor notice, trustee's final report, order authorizing distribution and the final account, and the expenses associated therewith, photocopies and postage: $241.61.

## SCHEDULE C
## SUMMARY OF ALLOWED CLAIMS AND ESTIMATED DISTRIBUTION

Funds on Hand: $2,416.09
Administrative Expenses to be Paid: $1,095.63
Net Funds Available for Distribution to Creditors: $1,320.46

PRIORITY CLAIMS:

| Claim No. & Claimant | Allowed Claim | Estimated Dividend** |
|---|---|---|
| Total Priority Claims $ | | 0.00 |
| Dividend Percentage | | 0.00% |
| Funds, if any, remaining for distribution to unsecured creditors $ | | 1,320.46 |

UNSECURED CLAIMS: §726(a)(2) Timely Filed (Bar Date 09/27/06)

| Claim No. & Claimant | | Allowed Claim | Estimated Dividend** |
|---|---|---|---|
| 1 | Kansas Super Chief Credit Union | 2,150.49 | 440.11 |
| 2 | GE Money Bank dba Dillards | 194.26 | 39.76 |
| 3 | Creditors Service Bureau Inc | 355.63 | 72.78 |
| 4 | Midland Credit Management Inc | 3,169.59 | 648.68 |
| 5 | Portfolio Recovery Associates, LLC | 582.11 | 119.13 |
| | Total General Unsecured Claims $ | 6,452.08 | |
| | Dividend Percentage | 20.47% | |
| | **TOTAL DIVIDENDS $** | **1,320.46** | |

**\*\*NOTE:**	**ACTUAL DIVIDEND AMOUNT MAY BE INCREASED BUT WILL NOT BE LESS THAN ESTIMATED AMOUNT**

**\*\*NOTE:**	**PURSUANT TO RULE 3010, ANY CHECKS TO BE WRITTEN TO CREDITORS UNDER $5.00 SHALL BE TREATED AS UNCLAIMED FUNDS AS PROVIDED IN 11 U.S.C. 347.**



# District of Kansas
# Claims Register

### 05-44597 Lori Ann Royles

**Judge:** Janice Miller Karlin  **Chapter:** 7
**Office:** Topeka  **Last Date to file claims:** 09/27/2006
**Trustee:** Darcy D Williamson  **Last Date to file (Govt):** 12/26/2006

| *Creditor:* (5030778) Kansas Super Chief Credit Union 3226 SW Wanamaker Road Topeka KS 66614 | **Claim No: 1** *Filed:* 12/02/2005 *Entered:* 12/06/2005 | *Status:* *Filed by:* CR *Entered by:* tbt *Modified:* |
|---|---|---|

| Unsecured claimed: $2150.49 |
|---|
| **Total claimed: $2150.49** |

| *History:* |
|---|
| 1-1  12/02/2005  Claim #1 filed by Kansas Super Chief Credit Union , total amount claimed: $2150.49 (tbt) |
| *Description:* |
| *Remarks:* |

| *Creditor:* (5146286) Recovery Management Systems Corporation For GE Money Bank dba Dillards 25 SE 2nd Ave Ste 1120 Miami FL 33131 | **Claim No: 2** *Filed:* 07/05/2006 *Entered:* 07/05/2006 | *Status:* *Filed by:* CR *Entered by:* Singh, Ramesh *Modified:* |
|---|---|---|

| Unsecured claimed: $194.26 |
|---|
| **Total claimed: $194.26** |

| *History:* |
|---|
| 2-1  07/05/2006  Claim #2 filed by Recovery Management Systems Corporation , total amount claimed: $194.26 (Singh, Ramesh) |
| *Description:* |
| *Remarks:* |

| *Creditor:* (4981875) Creditors Service Bureau Inc 3410 SW Van Buren St PO Box 5009 Topeka KS 66605-0009 | **Claim No: 3** *Filed:* 07/10/2006 *Entered:* 07/20/2006 | *Status:* *Filed by:* CR *Entered by:* tbt *Modified:* |
|---|---|---|

| Unsecured claimed: $355.63 |
|---|
| **Total claimed: $355.63** |

| *History:* |
|---|
| 3-1  07/10/2006  Claim #3 filed by Creditors Service Bureau Inc , total amount claimed: $355.63 (tbt) |
| *Description:* |
| *Remarks:* |

| *Creditor:* (5177750) Midland Credit Management Inc 8875 Aero Drive Ste 200 San Diego CA 92123 | **Claim No: 4** *Filed:* 08/14/2006 *Entered:* 08/18/2006 | *Status:* *Filed by:* CR *Entered by:* tbt *Modified:* |
|---|---|---|

Unsecured claimed: $3169.59

**Total     claimed: $3169.59**

*History:*
🔵 4-1     08/14/2006   Claim #4 filed by Midland Credit Management Inc , total amount claimed: $3169.59 (tbt)

*Description:*

*Remarks:*

---

| *Creditor:*     (5205743) Portfolio Recovery Associates, LLC P O Box 12914 Norfolk, VA 23541 | **Claim No: 5** *Filed:* 09/26/2006 *Entered:* 09/26/2006 | *Status:* *Filed by:* CR *Entered by:* Garcia, Dolores *Modified:* |

Unsecured claimed: $582.11

**Total     claimed: $582.11**

*History:*
🔵 5-1     09/26/2006   Claim #5 filed by Portfolio Recovery Associates, LLC , total amount claimed: $582.11 (Garcia, Dolores)

*Description:*

*Remarks:*

---

## Claims Register Summary

**Case Name:** Lori Ann Royles
**Case Number:** 05-44597
**Chapter:** 7
**Date Filed:** 10/15/2005
**Total Number Of Claims:** 5

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $6452.08 |  |
| **Secured** |  |  |
| **Priority** |  |  |
| **Unknown** |  |  |
| **Administrative** |  |  |
| **Total** | **$6452.08** | **$0.00** |

---

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/08/2008 11:00:01 | | |
| **PACER Login:** dw0095 | **Client Code:** | |
| **Description:** Claims Register | **Search Criteria:** | 05-44597 Filed or Entered From: 1/1/1990 Filed or Entered To: 8/8/2008 |
| **Billable Pages:** 1 | **Cost:** | 0.08 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-44597-7 JMK
**Case Name:** ROYLES, LORI ANN

**Period Ending:** 08/08/08

**Trustee:** (360070) DARCY D WILLIAMSON
**Filed (f) or Converted (c):** 10/15/05 (f)
**§341(a) Meeting Date:** 11/22/05
**Claims Bar Date:** 09/27/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2910 SW 17th St., Topeka KS | 68,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account Capitol federal S&L | 100.00 | 1,303.43 | | 1,303.43 | FA |
| 3 | Household Goods and Furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Back child support | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1996 Oldsmobile Cutlass | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2005 tax refunds  (u) | 0.00 | 847.43 | | 847.43 | FA |
| 8 | Possible preferences  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Adversary Filing Fee  (u) | 0.00 | 250.00 | | 250.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 15.23 | Unknown |
| 10 | **Assets**      **Totals** (Excluding unknown values) | **$83,600.00** | **$2,400.86** | | **$2,416.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's Final Report submitted to U.S. Trustee.  Upon approval, to file with Court, notice out, submit Order Authorizing Distribution, issue dividend checks and submit Distribution Report after receipt of zero balance bank statement.

Printed: 08/08/2008 11:12 AM     V.10.54

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 05-44597-7 JMK |
| **Case Name:** | ROYLES, LORI ANN |
| **Period Ending:** | 08/08/08 |

| | | |
|---|---|---|
| **Trustee:** | (360070) | DARCY D WILLIAMSON |
| **Filed (f) or Converted (c):** | 10/15/05 (f) | |
| **§341(a) Meeting Date:** | 11/22/05 | |
| **Claims Bar Date:** | 09/27/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** January 30, 2007          **Current Projected Date Of Final Report (TFR):** August 8, 2008  (Actual)

Printed: 08/08/2008 11:12 AM     V.10.54

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-44597-7 JMK | |
| **Case Name:** | ROYLES, LORI ANN | |
| **Taxpayer ID #:** | 13-7535692 | |
| **Period Ending:** | 08/08/08 | |

| | |
|---|---|
| **Trustee:** | DARCY D WILLIAMSON (360070) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****08-65 - Money Market Account |
| **Blanket Bond:** | $29,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/18/06 | | United States Treasury | 2005 tax refunds and partial Adversary filing fee | | | 1,074.00 | | 1,074.00 |
| | {7} | | 2005 tax refunds | 847.43 | 1224-000 | | | 1,074.00 |
| | {2} | | PAYMENT TOWARD BALANCE IN BANK ACCOUNTS | 226.57 | 1129-000 | | | 1,074.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 0.28 | | 1,074.28 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 0.73 | | 1,075.01 |
| 09/28/06 | {2} | Lori Royles | Bank balance payment | | 1129-000 | 50.00 | | 1,125.01 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 0.68 | | 1,125.69 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 0.78 | | 1,126.47 |
| 11/02/06 | {2} | Lori Royles | bank balance payment | | 1129-000 | 50.00 | | 1,176.47 |
| 11/29/06 | {2} | Lori Royles | Bank balance payment | | 1129-000 | 50.00 | | 1,226.47 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 0.76 | | 1,227.23 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 0.77 | | 1,228.00 |
| 01/05/07 | {2} | Lori Royles | bank balance payment | | 1129-000 | 50.00 | | 1,278.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.84 | | 1,278.84 |
| 02/05/07 | {2} | Lori Royles | Bank balance payment | | 1129-000 | 50.00 | | 1,328.84 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.65 | | 1,329.49 |
| 03/06/07 | {2} | Lori Royles | Bank balance payment | | 1129-000 | 50.00 | | 1,379.49 |
| 03/30/07 | {2} | Lori A Royles | Bank Balance Payment | | 1129-000 | 50.00 | | 1,429.49 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.72 | | 1,430.21 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.78 | | 1,430.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.78 | | 1,431.77 |
| | | | | **Subtotals :** | | **$1,431.77** | **$0.00** | |

{} Asset reference(s)

Printed: 08/08/2008 11:12 AM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 05-44597-7 JMK | | **Trustee:** | DARCY D WILLIAMSON (360070) | |
| **Case Name:** | ROYLES, LORI ANN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | | **Account:** | ***-*****08-65 - Money Market Account | |
| **Taxpayer ID #:** | 13-7535692 | | **Blanket Bond:** | $29,000,000.00  (per case limit) | |
| **Period Ending:** | 08/08/08 | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.73 | | 1,432.50 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.81 | | 1,433.31 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.79 | | 1,434.10 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.71 | | 1,434.81 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.84 | | 1,435.65 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.74 | | 1,436.39 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.73 | | 1,437.12 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 0.65 | | 1,437.77 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.29 | | 1,438.06 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.26 | | 1,438.32 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.20 | | 1,438.52 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.18 | | 1,438.70 |
| 06/02/08 | {2} | Bryan, Lykins, Hejtmanek & Fincher PA | Garnishment Withholdings per 4/30/08 Order. | 1129-000 | 609.12 | | 2,047.82 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.24 | | 2,048.06 |
| 07/01/08 | | Bryan, Lykins, Hejtmanek & Fincher PA | Garnishment Withholdings per 4/30/08 Order. | | 367.74 | | 2,415.80 |
| | {2} | | | 1129-000 | 117.74 | | 2,415.80 |
| | {9} | | | 1290-000 | 250.00 | | 2,415.80 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.29 | | 2,416.09 |

| | | |
|---|---|---|
| **Subtotals :** | $984.32 | $0.00 |

{} Asset reference(s)

Printed: 08/08/2008 11:12 AM     V.10.54

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-44597-7 JMK |
| **Case Name:** | ROYLES, LORI ANN |
| | |
| **Taxpayer ID #:** | 13-7535692 |
| **Period Ending:** | 08/08/08 |

| | |
|---|---|
| **Trustee:** | DARCY D WILLIAMSON (360070) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****08-65 - Money Market Account |
| **Blanket Bond:** | $29,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,416.09 | 0.00 | $2,416.09 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,416.09 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,416.09** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 2,416.09 |
| Net Estate : | $2,416.09 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****08-65** | 2,416.09 | 0.00 | 2,416.09 |
| | $2,416.09 | $0.00 | $2,416.09 |

**bms**
Bankruptcy Management Solutions

**Friday, August 08, 2008**

**Go to BMS**

| Account Summary | Account Detail | **Transactions** | Balance History | Reports |

## Transactions (as of 8/7/2008):

Selected Account: 312096250865 - ROYLES LORI ANN (05-44597-7)

**Select a Trustee / Account**

Trustee: 360070- Williamson, I
Account: All Accounts
OR
Account

**Try Advanced Search**    **Find**

Search Transactions:
From: 5/10/2008
To: 8/8/2008
Amount: [      ]    **GO**

Top  Previous  Next  Bottom   1                                            Rows  10

| Date Posted ▲ | Tran Code | Tran Code Desc. | Ref # | Amount | Balance |
|---|---|---|---|---|---|
| 5/30/2008 | 2020 | MMA End of Month Interest Credit | | $0.18 | $1,438.70 |
| 6/3/2008 | 0130 | Regular Deposit Credit | | $609.12 | $2,047.82 |
| 6/30/2008 | 2020 | MMA End of Month Interest Credit | | $0.24 | $2,048.06 |
| 7/2/2008 | 0130 | Regular Deposit Credit | | $367.74 | $2,415.80 |
| 7/31/2008 | 2020 | MMA End of Month Interest Credit | | $0.29 | $2,416.09 |

Top  Previous  Next  Bottom   1                                            Rows  10

Go to:
Balance History(312096250865)
Account Detail(312096250865)
Account Summary

The information contained on this screen is provided as a resource by BMS, Inc. and should not be considered an official statement of any bank account.  For an official statement, contact JPMorgan Chase Bank, N.A., at (800)634-5273.

Copyright 2004 BMS, Inc All Rights Reserved.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

CASE NO. 05-44597-7

ROYLES, LORI ANN
Chapter 7

Debtor(s).

### NOTICE OF REQUEST TO THE BANKRUPTCY CLERK'S
### OFFICE IN THE ABOVE-CAPTIONED CASE

The Trustee, Darcy D. Williamson, in the above-captioned case, requests that the Bankruptcy

Clerk's office furnish to her the following information to assist the Trustee in the closing of the case:

Nominal assets _____ Assets _____

Calculation of court costs:

a) Adversary filing fees          06-7048 $250.00

b) Reopening fee                  _____

c) Notices, or [check]            _____

   Noticing fees paid previously  _____

d) Certifications                 _____

e) Appeals                        _____

TOTAL COSTS                       $250.00


DATED:    June 26, 2007


                              s/ Darcy D. Williamson
                              DARCY D. WILLIAMSON, Trustee
                              (Sup. Ct. #11337)
                              700 SW Jackson, Suite 404
                              Topeka, KS 66603
                              (785) 233-9908