# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re: ROYLES, LORI ANN § Case No. 05-44597-7
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DARCY D WILLIAMSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 83,500.00 | Assets Exempt: 73,500.00 |
| Total Distribution to Claimants: 1,321.77 | Claims Discharged Without Payment: 20,776.18 |
| Total Expenses of Administration: 1,095.63 | |

3) Total gross receipts of $ 2,417.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,417.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $34,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,095.63 | 1,095.63 | 1,095.63 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 15,645.87 | 6,452.08 | 6,452.08 | 1,321.77 |
| **TOTAL DISBURSEMENTS** | $49,645.87 | $7,547.71 | $7,547.71 | $2,417.40 |

4) This case was originally filed under Chapter 7 on October 15, 2005. . The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/29/2009         By: **/s/DARCY D WILLIAMSON**
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account Capitol federal S&L | 1129-000 | 1,303.43 |
| 2005 tax refunds | 1224-000 | 847.43 |
| Adversary Filing Fee | 1290-000 | 250.00 |
| Interest Income | 1270-000 | 16.54 |
| **TOTAL GROSS RECEIPTS** | | **$2,417.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of Oklahoma | 4110-000 | 34,000.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$34,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DARCY D WILLIAMSON | 2100-000 | N/A | 604.02 | 604.02 | 604.02 |
| DARCY D WILLIAMSON | 2200-000 | N/A | 241.61 | 241.61 | 241.61 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,095.63** | **$1,095.63** | **$1,095.63** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kansas Super Chief Credit Union | 7100-000 | unknown | 2,150.49 | 2,150.49 | 440.55 |
| GE Money Bank dba Dillards | 7100-000 | unknown | 194.26 | 194.26 | 39.80 |
| Creditors Service Bureau Inc | 7100-000 | unknown | 355.63 | 355.63 | 72.85 |
| Midland Credit Management Inc | 7100-000 | unknown | 3,169.59 | 3,169.59 | 649.32 |
| Portfolio Recovery Associates, LLC | 7100-000 | unknown | 582.11 | 582.11 | 119.25 |
| Lincoln Center OB GYN | 7100-000 | 17.19 | N/A | 0.00 | 0.00 |
| Medivac Mid America | 7100-000 | 591.50 | N/A | 0.00 | 0.00 |
| Lakes State Capial LLC | 7100-000 | 1,422.87 | N/A | 0.00 | 0.00 |
| MichaelCassidy DDS | 7100-000 | 1,987.00 | N/A | 0.00 | 0.00 |
| KCU Visa | 7100-000 | 2,080.00 | N/A | 0.00 | 0.00 |
| New Beginnings | 7100-000 | 265.00 | N/A | 0.00 | 0.00 |
| Montgomery Wards | 7100-000 | 366.00 | N/A | 0.00 | 0.00 |
| Topeka Capital Journal | 7100-000 | 50.00 | N/A | 0.00 | 0.00 |
| Texaco Shell | 7100-000 | 3,044.80 | N/A | 0.00 | 0.00 |
| Kansas Acquisition Technic Services Inc | 7100-000 | 271.28 | N/A | 0.00 | 0.00 |
| Sears | 7100-000 | 582.00 | N/A | 0.00 | 0.00 |
| Topeka Allergy & Asthma Clinic | 7100-000 | 350.00 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| Creditor | Code | Claim Amount | Allowed | | |
|---|---|---|---|---|---|
| Emergency Physicians | 7100-000 | 39.23 | N/A | 0.00 | 0.00 |
| Cardiology Consultants | 7100-000 | 39.05 | N/A | 0.00 | 0.00 |
| Citifinancial Inc. | 7100-000 | 271.00 | N/A | 0.00 | 0.00 |
| Citibank | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Falleys Food 4 Less Inc. | 7100-000 | 457.00 | N/A | 0.00 | 0.00 |
| Elan Cardmember Services | 7100-000 | 1,423.00 | N/A | 0.00 | 0.00 |
| First National Collection Bureau Inc | 7100-000 | 1,189.95 | N/A | 0.00 | 0.00 |
| Commerce BAnk and Trust | 7100-000 | 199.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $15,645.87 | $6,452.08 | $6,452.08 | $1,321.77 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-44597-7 JMK  
**Case Name:** ROYLES, LORI ANN

**Trustee:** (360070) DARCY D WILLIAMSON  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 11/22/05  

**Period Ending:** 04/29/09

**Claims Bar Date:** 09/27/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2910 SW 17th St., Topeka KS | 68,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account Capitol federal S&L | 100.00 | 1,303.43 | | 1,303.43 | FA |
| 3 | Household Goods and Furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Back child support | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1996 Oldsmobile Cutlass | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2005 tax refunds (u) | 0.00 | 847.43 | | 847.43 | FA |
| 8 | Possible preferences (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Adversary Filing Fee (u) | 0.00 | 250.00 | | 250.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 16.54 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$83,600.00** | **$2,400.86** | | **$2,417.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's Final Report submitted to U.S. Trustee. Upon approval, to file with Court, notice out, submit Order Authorizing Distribution, issue dividend checks and submit Distribution Report after receipt of zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):** January 30, 2007     **Current Projected Date Of Final Report (TFR):** August 8, 2008 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-44597-7 JMK | | Trustee: | DARCY D WILLIAMSON (360070) |
|---|---|---|---|---|
| Case Name: | ROYLES, LORI ANN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | 13-7535692 | | Blanket Bond: | $24,200,000.00 (per case limit) |
| Period Ending: | 04/29/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/18/06 | | United States Treasury | 2005 tax refunds and partial Adversary filing fee | | 1,074.00 | | 1,074.00 |
| | {7} | | 2005 tax refunds 847.43 | 1224-000 | | | 1,074.00 |
| | {2} | | PAYMENT TOWARD BALANCE IN BANK ACCOUNTS 226.57 | 1129-000 | | | 1,074.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.28 | | 1,074.28 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.73 | | 1,075.01 |
| 09/28/06 | {2} | Lori Royles | Bank balance payment | 1129-000 | 50.00 | | 1,125.01 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.68 | | 1,125.69 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.78 | | 1,126.47 |
| 11/02/06 | {2} | Lori Royles | bank balance payment | 1129-000 | 50.00 | | 1,176.47 |
| 11/29/06 | {2} | Lori Royles | Bank balance payment | 1129-000 | 50.00 | | 1,226.47 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.76 | | 1,227.23 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.77 | | 1,228.00 |
| 01/05/07 | {2} | Lori Royles | bank balance payment | 1129-000 | 50.00 | | 1,278.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.84 | | 1,278.84 |
| 02/05/07 | {2} | Lori Royles | Bank balance payment | 1129-000 | 50.00 | | 1,328.84 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.65 | | 1,329.49 |
| 03/06/07 | {2} | Lori Royles | Bank balance payment | 1129-000 | 50.00 | | 1,379.49 |
| 03/30/07 | {2} | Lori A Royles | Bank Balance Payment | 1129-000 | 50.00 | | 1,429.49 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.72 | | 1,430.21 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.78 | | 1,430.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.78 | | 1,431.77 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.73 | | 1,432.50 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.81 | | 1,433.31 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.79 | | 1,434.10 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.71 | | 1,434.81 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.84 | | 1,435.65 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.74 | | 1,436.39 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.73 | | 1,437.12 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.65 | | 1,437.77 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.29 | | 1,438.06 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.26 | | 1,438.32 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.20 | | 1,438.52 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.18 | | 1,438.70 |
| 06/02/08 | {2} | Bryan, Lykins, Hejtmanek & Fincher | Garnishment Withholdings per 4/30/08 Order. | 1129-000 | 609.12 | | 2,047.82 |

| | | Subtotals : | $2,047.82 | $0.00 |
|---|---|---|---|---|

{} Asset reference(s)  
Case 05-44597 Doc# 25 Filed 05/24/09 Page 8 of 10  
Printed: 04/29/2009 04:20 PM V.11.12

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-44597-7 JMK  
**Case Name:** ROYLES, LORI ANN  

**Taxpayer ID #:** 13-7535692  
**Period Ending:** 04/29/09  

**Trustee:** DARCY D WILLIAMSON (360070)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****08-65 - Money Market Account  
**Blanket Bond:** $24,200,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | PA | | | | | |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 2,048.06 |
| 07/01/08 | | Bryan, Lykins, Hejtmanek & Fincher PA | Garnishment Withholdings per 4/30/08 Order. | | 367.74 | | 2,415.80 |
| | {2} | | 117.74 | 1129-000 | | | 2,415.80 |
| | {9} | | 250.00 | 1290-000 | | | 2,415.80 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.29 | | 2,416.09 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.28 | | 2,416.37 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.31 | | 2,416.68 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.26 | | 2,416.94 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.19 | | 2,417.13 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 2,417.30 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,417.39 |
| 02/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.01 | | 2,417.40 |
| 02/06/09 | | To Account #********0866 | TRANSFER FUNDS TO CHECKING TO STOP INTEREST AND TO PREPARE ORDER TO PAY OUT FUNDS | 9999-000 | | 2,417.40 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 2,417.40 | 2,417.40 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,417.40 | |
| **Subtotal** | 2,417.40 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,417.40** | **$0.00** | |

{} Asset reference(s)   Case 05-44597   Doc# 25   Filed 05/24/09   Page 9 of 10   Printed: 04/29/2009 04:20 PM   V.11.12

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-44597-7 JMK | | Trustee: | DARCY D WILLIAMSON (360070) |
|---|---|---|---|---|
| Case Name: | ROYLES, LORI ANN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-66 - Checking Account |
| Taxpayer ID #: | 13-7535692 | | Blanket Bond: | $24,200,000.00 (per case limit) |
| Period Ending: | 04/29/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/06/09 | | From Account #********0865 | TRANSFER FUNDS TO CHECKING TO STOP INTEREST AND TO PREPARE ORDER TO PAY OUT FUNDS | 9999-000 | 2,417.40 | | 2,417.40 |
| 02/06/09 | 101 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 2,167.40 |
| 02/06/09 | 102 | DARCY D WILLIAMSON | Dividend paid 100.00% on $604.02, Trustee Compensation; Reference: | 2100-000 | | 604.02 | 1,563.38 |
| 02/06/09 | 103 | DARCY D WILLIAMSON | Dividend paid 100.00% on $241.61, Trustee Expenses; Reference: | 2200-000 | | 241.61 | 1,321.77 |
| 02/06/09 | 104 | Kansas Super Chief Credit Union | Dividend paid 20.48% on $2,150.49; Claim# 1; Filed: $2,150.49; Reference: ACCT: 9138-1 012 | 7100-000 | | 440.55 | 881.22 |
| 02/06/09 | 105 | GE Money Bank dba Dillards | Dividend paid 20.48% on $194.26; Claim# 2; Filed: $194.26; Reference: ACCT: 2984 | 7100-000 | | 39.80 | 841.42 |
| 02/06/09 | 106 | Creditors Service Bureau Inc | Dividend paid 20.48% on $355.63; Claim# 3; Filed: $355.63; Reference: | 7100-000 | | 72.85 | 768.57 |
| 02/06/09 | 107 | Midland Credit Management Inc | Dividend paid 20.48% on $3,169.59; Claim# 4; Filed: $3,169.59; Reference: ACCT: 2779 | 7100-000 | | 649.32 | 119.25 |
| 02/06/09 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 20.48% on $582.11; Claim# 5; Filed: $582.11; Reference: ACCT: 5353 | 7100-000 | | 119.25 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 2,417.40 | 2,417.40 | $0.00 |
| Less: Bank Transfers | 2,417.40 | 0.00 | |
| Subtotal | 0.00 | 2,417.40 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $2,417.40 | |

Net Receipts: 2,417.40

Net Estate: $2,417.40

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****08-65 | 2,417.40 | 0.00 | 0.00 |
| Checking # ***-*****08-66 | 0.00 | 2,417.40 | 0.00 |
| | $2,417.40 | $2,417.40 | $0.00 |