**Form fnldec** (Revised 10/20/2005)

## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 05−44597　　　　　　　　　　　　　　　Chapter: 7

In re:

Lori Ann Royles
aka　　Lori Ann Ciochon
aka　　Lori Ann Hegarty
2910 SW 17th Street
Topeka, KS 66604

SSN: xxx−xx−6857

| **Entered By The Court** <br> **5/28/09** | **FINAL DECREE** | **Filed By The Court** <br> **5/28/09** <br> **Fred Jamison** <br> **Clerk of Court** <br> **US Bankruptcy Court** |
|---|---|---|

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Darcy D Williamson is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 26

s/ Janice Miller Karlin
United States Bankruptcy Judge